

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-19-00017-CR

John Ray **THATCHER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0442
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Pursuant to a plea bargain agreement with the State, appellant John Ray Thatcher pled nolo contendere to the offense of evading arrest. As part of his plea agreement, appellant signed a separate "Waiver of Appeal." The trial court imposed sentence and signed a certificate stating that this "is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). This court gave appellant notice that the appeal would be dismissed unless an amended trial court certification showing he has the right to appeal was made part of the appellate record. *See id.* R. 25.2(d), *id.* R. 37.1; *see also Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order), *disp. on merits*, No. 04-03-00176-CR, 2003 WL 21508347 (July 2, 2003, pet. ref'd) (not designated for publication). Appellant's appointed appellate counsel filed a written response stating he reviewed the record and could find no right of appeal. After reviewing the record and counsel's notice, we rendered an opinion and judgment on February 13, 2019, dismissing the appeal. *See* TEX. R. APP. P. 25.2(d).

Despite appointed counsel's prior response, on February 12, 2019, he filed an *Anders* brief and a motion to withdraw. However, as counsel agreed in his response to our order, appellant has no right to appeal. *See id.* R. 25.2(a)(2). Accordingly, we **ORDER STRICKEN** the *Anders* brief filed by counsel in this court on February 12, 2019, and **DENY AS MOOT** the motion to withdraw filed that same date.

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2019.

KEITH E. HOTTLE,
Clerk of Court